No. 73–1413. STAATS, COMPTROLLER GENERAL, ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION, INC., ET AL. Appeal from D. C. D. C. [Probable jurisdiction noted, 417

U. S. 944.] Judgment vacated and case remanded with directions to dismiss the cause as moot. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. Reported below: 366 F. Supp. 1041.